# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC<br><br>                               Plaintiff,<br>     vs.<br>KENNEDY, et al.<br><br>                               Defendants. | CASE NO. 10 CV 549 JLS (AJB)<br><br>**ORDER VACATING HEARING** |

    Presently before the Court is Aurora Loan Service's motion to remand the above-captioned matter.  A hearing on the motion is currently set for Thursday, July 22, 2010.  The hearing is **HEREBY VACATED** and taken under submission without oral argument.

IT IS SO ORDERED.

DATED: July 15, 2010

                                                                                _____
                                                                                Honorable Janis L. Sammartino
                                                                                United States District Judge